# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 08-607 PA | Date | September 8, 2008 |
|---|---|---|---|

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Karen Park | Leandra Amber | Melanie Sartoris |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gregory Bryan Rush | NOT | X | | Seymour Amster | X | | X |

**Proceedings:** STATUS CONFERENCE / CHANGE OF PLEA - CONTINUED

The status conference/change of plea for defendant Gregory Rush is continued to September 9, 2008, at 1:30 p.m.

IT IS SO ORDERED.

|  | : | 01 |
|---|---|---|
| Initials of Deputy Clerk | | KPA |