**LAW OFFICE OF SEYMOUR I. AMSTER**
Seymour I. Amster, Esquire (State Bar No. 105308)
14546 Hamlin Street
Suite 120
Van Nuys, Ca. 91411

Telephone Number : (818) 947-0104
Telecopier Number :(818) 781-8180

ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT IN AND FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA PLAINTIFF, V. GREGORY RUSH DEFENDANT, | CASE NO. CR 08-607 PA NOTICE OF INTENTION OF PRESENTING TESTIMONY AT THE SENTENCING HEARING AND DEFENDANT'S STATEMENT OF POSITION CONCERNING THE SENTENCE. HEARING DATE : August 10, 2009 HEARING TIME : 8:30 a.m. HEARING PLACE : Crt. 15 |
|---|---|

TO : ALL INTERESTED PARTIES :

NOTICE IS HEREBY GIVEN , that the defendant, Gregory Rush, intends to present testimony at the sentencing hearing in this matter. Said testimony shall be from a psychiatrist as well as from the defendant himself, Gregory Rush.

Furthermore the defendant presents the points contained in this document for the courts consideration in imposing the

1

appropriate sentence in this matter.

Date : July 31, 2009                                 /S/
                                            ─────────────────────
                                            SEYMOUR I. AMSTER
                                            ATTORNEY FOR DEFENDANT

MEMORANDUM OF POINTS AND AUTHORITIES

It is the defendant's request that this court impose a sentence consisting of the minimum imprisonment possible. It is further requested that this court consider imposing a sentence without imprisonment, or just a period of time in a half way house.

This request by the defendant is based on the testimony that will be presented at the sentencing hearing in this matter. It is anticipated that testimony will be presented that defendant's aberrant behavior was not based on a sexual drive towards children but based on being a collector of items he could find in the cyber world.

It is anticipated that testimony will be presented that defendant Rush never had any inappropriate sexual relations with a child nor even inappropriately touched a child. That in fact defendant Rush had an inability to act on any sexual drive he might have had due to surgical procedures that had been performed on his genitalia.

This position should not be misconstrued as contesting the truth of the charges defendant Rush plead to, or the admissions that he violated the law. Instead this information is being presented to the court to explain the reason why he possessed this illegal material. It is the defense's position that an individual who possesses these illegal material for a reason other than a sexual purpose is entitled to a lesser punishment than an individual who possessed these items due to an attraction

towards minors.

    Respectfully submitted,

Date : July 31, 2009                                       /S/
                                            SEYMOUR I. AMSTER
                                            ATTORNEY FOR DEFENDANT